IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIDWEST OPERATING ENGINEERS ) <br> PENSION TRUST FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARTS TRACTOR COMPANY, INC., ) <br> a dissolved Illinois corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 13 C 4811 <br><br> JUDGE MILTON I. SHADUR |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, HARTS TRACTOR COMPANY, INC., a dissolved Illinois corporation, in the total amount of $1,761,110.09, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,191.25.

On July 2, 2013, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 24, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 29th day of July 2013:

      Mr. Michael E. White, Registered Agent
      Harts Tractor Company, Inc.
      33 W. Jackson Boulevard, Suite 500
      Chicago, IL   60604


      /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEP\Hart's Tractor\motion.pnr.df.wpd